# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FREDDIE JONES, LUKE JONES TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 2:07-cv-02120-BBD-tmp<br><br>JURY DEMANDED |

## ORDER GRANTING JOINT MOTION TO AMEND
## RULE 16(B) SCHEDULING ORDER

This cause came to be heard upon the Joint Motion of Plaintiffs and Defendant to Amend the Rule 16(b) Scheduling Order in this cause. It appearing to the Court that the parties are in agreement and that good cause exists to modify and/or extend certain deadlines provided for in the Rule 16(b) Scheduling Order, the Joint Motion should be and hereby is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Rule 16(b) Scheduling Order shall be amended as suggested by the parties in the proposed Amended Scheduling Order submitted separately.

IT IS SO ORDERED this 20th day of May, 2008.

s/ Bernice B. Donald
BERNICE B. DONALD
U.S. DISTRICT JUDGE
