IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| ELNORA JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 07-2120 D/P |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

_____

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS TO COMPEL**
_____

Before the court by order of reference is plaintiff Elnora Jones' motions to compel (D.E. 48 & 51). In light of the court's order staying this litigation (D.E. 73), the motions to compel are denied without prejudice. Once the United States Supreme Court decides Wyeth v. Levine, and if the stay is lifted and the case is allowed to proceed on all or part of the claims, the plaintiff may renew these motions by filing written notice with the court, without having to refile the motions, responses, or supporting memoranda of law. Moreover, the protective order entered by the court at D.E. 69 shall remain in effect until further order of the court.

IT IS SO ORDERED.

                                        s/ Tu M. Pham
                                        United States Magistrate Judge

                                        September 19, 2008
                                        Date