IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )     No. 2:07-cv-02120 |
| v. | )<br>) |
| **ABBOTT LABORATORIES,** | )<br>) |
| Defendant. | )<br>) |

**ORDER REFERRING CASE TO MAGISTRATE JUDGE
FOR RULE 16(B) SCHEDULING CONFERENCE**

In its Order dated September 30, 2011, this Court granted the Parties' motion for an extension of deadlines as well as its request for a scheduling conference, which was to be set by separate order. (D.E. #173.) Accordingly, the case is hereby **REFERRED TO THE UNITED STATES MAGISTRATE JUDGE** for a Rule 16(b) Scheduling Conference.

**IT IS SO ORDERED** this 7th day of October, 2011.

                                                 <u>s/ Bernice Bouie Donald</u>
                                                 **BERNICE BOUIE DONALD**
                                                 **UNITED STATES DISTRICT COURT JUDGE**