IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
(WESTERN DIVISION)

| | | |
|---|---|---|
| FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased,<br>     Plaintiffs, | § § § § § § § § | |
| v. | § § | CASE # 2:07-cv-02120-SHM-tmp |
| ABBOTT LABORATORIES,<br>     Defendant. | § § § | |

**PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE
AND NEW SCHEDULING ORDER**

In view of the confirmation of Judge Donald to the Sixth Circuit and the reassignment of this case to Judge Mays, Plaintiffs hereby move the Court for a Rule 16 Scheduling Conference, at the earliest possible time, and, following such conference, for issuance of a modified or new Scheduling Order in the case. Issues to be addressed at the Scheduling Conference and in the Order include the following:

1. Plaintiffs' appeal from the Magistrate Judge's Order of November 10, 2011 denying them access to Abbott's AEGIS adverse event database in its electronically searchable, native electronic format. (Doc. 180, filed on November 23, 2011).

2. The scheduling of the remaining Rule 30(b)(6) deposition of Abbott's pharmacovigilance witness, Dr. James Embrescia. Abbott has offered to tender up Dr. Embrescia for deposition in Chicago on January 23rd for a deposition that is necessarily limited in scope to the issues, but Plaintiffs' position is that it makes no sense to take that deposition until such time as the AEGIS discovery dispute is resolved. This is particularly so in light of the fact that, in 11 consolidated cases in Cook County, Illinois, there is a scheduling order, issued on December 20,

2011, following a hearing on that date, requiring coordinated discovery with all federal court cases. A copy of the Cook County Court's Order is attached hereto as Exhibit A. Moreover, Plaintiffs have sought the complete adverse event database under the auspices of the consolidated Cook County cases, and hope to have them through that avenue before any deposition of Dr. Embrescia. Exhibit B (Plaintiffs' Request for Production in the Chicago litigation).

      3.      Rescheduling of Plaintiffs' expert reports. Although the "official date" of the reports is January 6th, the parties have long agreed that the reports would be due 30 days after the completion of the Embrescia deposition. With the above in mind, the modified or new Scheduling Order should specify a date certain for these reports, and other deadlines that track them.

      4.      Trial. Plaintiffs are, quite naturally, interested in going to trial just as soon as the discovery can be reasonably completed and the Court can accommodate us on its calendar. That being said, we are mindful of the fact that this case has been recently transferred to a new district judge who already has a heavy workload, and of the further fact that the Court may choose to coordinate its trial schedule with a view towards scheduling a trial of this case after the first bellwether trial in the Chicago litigation. These scheduling issues should be discussed fully between the Court and counsel at the Scheduling Conference.

### Certificate of Conference

Counsel for Abbott has indicated they do not consent to this motion.

//
//
//
//
//
//
//
//
//
//

-3-

        Respectfully submitted,

        PERDUE KIDD & VICKERY

        */s/ Arnold Anderson (Andy) Vickery*
        Arnold Anderson (Andy) Vickery
        Texas Bar No. 20571800
        Jim M. Perdue, Jr.
        Texas Bar No. 00788180
        Fred H. Shepherd
        Texas Bar No. 24033056
        510 Bering Dr., Suite 550
        Houston, TX  77057-1469
        Telephone:  713-526-1100
        Facsimile:  713-523-5939
        Email:  andy@justiceseekers.com
        Email:  jperduejr@justiceseekers.com
        Email:  fred@justiceseekers.com
        *Counsel for Plaintiff*

        Edmund J. Schmidt III
        Tennessee Bar No. 21313
        LAW OFFICE OF EDDIE SCHMIDT
        1720 West End Ave., Suite 300
        Nashville, TN  37203
        Telephone:  615-425-7121
        Facsimile:  615-425-7110
        Email: eddie@eschmidtlaw.com
        *Co-Counsel for Plaintiff*

<u>Certificate of Service</u>

I certify that on this 4th day of January, 2012, Plaintiffs' Motion for Scheduling Conference and New Scheduling Order has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

    John W. Donley, Esq.
    Michael Foradas, Esq.
    Andrew P. Bautista, Esq.
    Renee D. Smith, Esq.
    KIRKLAND & ELLIS, LLP
    300 North LaSalle Street
    Chicago IL  60654

Jill M. Steinberg, Esq.
Robert F. Tom, Esq.
Emily Turner Landry, Esq.
Kristine L. Roberts, Esq.
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ
165 Madison Ave., Suite 2000
Memphis, TN  38103

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery