Order                                                                                      (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN RE HUMIRA

v.

No. 2011-L-1224

### ORDER

This cause coming on the Court's consolidated status: It is Hereby Ordered.

1) Plaintiff Strauczek's motion to compel & deposition notice related to the same are withdrawn.

2) With regard to pending motions in Fleetwater, Lawrence Deluca & Allen, Pl has 28 days to respond and Δ has 21 days to reply.

3) All matters related to the proposed protective order & discovery order are entered and continued until the next CMC or until agreements are otherwise reached among the parties.

4) This matter is entered and continued for status until JAN 18, 2012 at 12:00 pm

Atty. No.: 23857

Name: GSG (For the Plaintiffs)

Atty. for: Consolidated Plaintiffs

Address: 33 N Dearborn

City/State/Zip: Chi / IL / 60602

Telephone: 313/8-0255

ENTERED:

Dated: _____

ENTERED
JUDGE DENNIS J. BURKE-1744
DEC 20 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge                                                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**