IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
(WESTERN DIVISION)

| | |
|---|---|
| FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased, Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, Defendant. | CASE # 2:07-cv-02120-WGY-tmp |

## ORDER

Upon consideration of the Unopposed Motion for Amendment of Scheduling Order, the Motion is GRANTED.

Signed this _15_ day January, 2013.

_____
William G. Young
UNITED STATES DISTRICT JUDGE