IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| FREDDIE JONES, LUKE JONES TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | No. 2:07-cv-02120-WGY-tmp<br><br>Hon. William G. Young |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendant Abbott Laboratories ("Abbott"), by and through counsel, and with the consent of counsel for Plaintiffs, respectfully moves the Court for amendment of its January 15, 2013 Scheduling Order (Dkt. 213 & 214) pursuant to Fed. R. Civ. P. 16(b)(4).  In support of said motion, Abbott respectfully submits the following:

　　1.　　This Court's January 15, 2013 Scheduling Order set certain case deadlines as follows:

| | |
|---|---|
| Deadline for Plaintiffs' Rule 26(a)(2) expert designations | Feb. 4, 2013 (complete) |
| Deadline for Defendant's expert designations | Feb. 26, 2013 (complete) |
| Deadline to depose trial experts | Mar. 18, 2013 |
| Deadline to file dispositive motions | Apr. 15, 2013 |

2. Counsel for Plaintiffs and Abbott in this case are currently preparing for a jury trial before the Hon. William J. Haddad of the Circuit Court of Cook County, Illinois, under the caption *Tietz v. Abbott Labs.*, No. 12L-002715. This trial is set to begin April 23, 2013.

3. The parties have conferred and agreed that a brief extension of the deadline to file dispositive motions is appropriate under the circumstances. Such an extension will materially enhance the preparation of the case, and will not prejudice either party or unduly delay this litigation. Therefore, it is respectfully requested that the remaining case deadlines be modified as follows:

| | |
|---|---|
| Deadline to depose trial experts | April 13, 2013 |
| Deadline to file dispositive motions | June 19, 2013 |
| Deadline to file responses to dispositive motions | July 17, 2013 |
| Deadline to file replies to dispositive motions | July 31, 2013 |

Dated: March 15, 2013

Respectfully submitted,

*s/ Andrew P. Bautista*

| | |
|---|---|
| Jill M. Steinberg (Tn. Bar No. 11603) | Michael P. Foradas (Ill. Bar No. 6180229) |
| Emily Turner Landry (Tn. Bar No. 22157) | Renee D. Smith (Ill. Bar No. 6229448) |
| Robert F. Tom (Tn. Bar No. 26636) | Andrew P. Bautista (Ill. Bar No. 6280952) |
| Kristine L. Roberts (Tn. Bar No. 23856) | David M. Tressler (Ill. Bar No. 6290930) |
| BAKER DONELSON BEARMAN | (all admitted *pro hac vice*) |
| CALDWELL & BERKOWITZ, PC | KIRKLAND & ELLIS LLP |
| 165 Madison Ave., Ste. 2000 | 300 North LaSalle Street |
| Memphis, TN 38103 | Chicago, IL 60654 |
| (901) 577-2234 | (312) 862-2000 |
| (901) 577-0776 (fax) | (312) 862-2200 (fax) |
| jsteinberg@bakerdonelson.com | mforadas@kirkland.com |
| elandry@bakerdonelson.com | rdsmith@kirkland.com |
| rtom@bakerdonelson.com | andrew.bautista@kirkland.com |
| klroberts@bakerdonelson.com | david.tressler@kirkland.com |
| *Attorneys for Defendant Abbott Laboratories* | *Attorneys for Defendant Abbott Laboratories* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court for the Western District of Tennessee, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known as the "Filing Users":

Arnold Anderson (Andy) Vickery
PERDUE KIDD & VICKERY
510 Bering, Suite 550
Houston, TX  77057-1469
(713) 526-1100
(713) 523-5939 (fax)
andy@justiceseekers.com

Edmund J. Schmidt III
LAW OFFICE OF EDDIE SCHMIDT
1720 West End Ave., Suite 300
Nashville, TN  37203
(615) 425-7121
(615) 425-7110 (fax)
eddie@eschmidtlaw.com

*Attorneys for Plaintiff*

      A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

                                      *s/ Andrew P. Bautista*