IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

|  |  |  |
|---|---|---|
| FREDDIE JONES, LUKE JONES TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased, <br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:07-cv-02120-WGY-tmp <br><br> Hon. William G. Young |

## ~~[PROPOSED]~~ ORDER

Upon consideration of the Unopposed Motion to Amend the Scheduling Order, and for

good cause shown, the motion is GRANTED.

Signed this _18TH_ day March, 2013.

_William G. Young_
_____
William G. Young
UNITED STATES DISTRICT JUDGE