UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FREDDIE JONES, LUKE JONES TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 2:07-cv-02120-BBD-tmp<br><br>JURY DEMANDED |

[~~PROPOSED~~] WGY ORDER GRANTING MOTION OF DEFENDANT ABBOTT
LABORATORIES FOR ADMISSION OF
WHITNEY BECKER AS COUNSEL PRO HAC VICE

This cause came to be heard upon the Motion of Defendant Abbott Laboratories for Admission of Whitney L. Becker pro hac vice as additional counsel for Abbott Laboratories in this action. It appearing to the Court upon review of the record that the Motion is unopposed and good cause exists for the granting of same,

IT IS ORDERED, ADJUDGED AND DECREED that Whitney L. Becker is hereby admitted to the United States District Court for the Western District of Tennessee as counsel pro hac vice on behalf of Abbott Laboratories in the above-styled cause.

This 4th day of April ___, 2013.

/s/ William G. Young
JUDGE WILLIAM G. YOUNG