IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　Defendant. | Case No. 2:07-cv-02120<br><br>JURY DEMAND |

**DEFENDANT ABBOTT LABORATORIES' STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant Abbott Laboratories, by and through its undersigned counsel, gives notice of the filing of the deposition of Joseph D. McCracken, M.D., Volumes I and II (exhibits omitted due to volume).

DATED:  May 27, 2013Respectfully submitted,


/s/  Emily Turner Landry
Michael P. Foradas
Renee D. Smith
Andrew P. Bautista
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2000
*Admitted pro hac vice*

Jill M. Steinberg (#11603)
Emily Turner Landry (#22157)
Robert F. Tom (#26636)
Baker, Donelson, Bearman,
  Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.526.2000
jsteinberg@bakerdonelson.com
elandry@bakerdonelson.com
rtom@bakerdonelson.com

*Attorneys for Defendant Abbott Laboratories*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 27th day of May, 2013, a copy of the foregoing was served on the parties listed below via operation of the electronic filing system of the United States District Court for the Western District of Tennessee:

      Arnold Anderson Vickery
      Fred H. Shepherd
      510 Bering, Suite 550
      Houston, TX 77057-1469

      Edmund J. Schmidt III
      Law Office of Eddie Schmidt
      1720 West End Ave., Suite 300
      Nashville, TN 37203

                                                            */s/   Emily Turner Landry*