IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2:07-cv-02120 |
| ABBOTT LABORATORIES, | ) ) | JURY DEMAND |
| Defendant. | ) ) | |

**DEFENDANT ABBOTT LABORATORIES' NOTICE OF ERRATA REGARDING DEFENDANT'S NOTICE OF FILING DEPOSITION OF JOSEPH D. MCCRACKEN, M.D.**

Defendant Abbott Laboratories, by and through its undersigned counsel, files this Notice of Errata regarding Defendant Abbott Laboratories' Notice of Filing Deposition of Joseph D. McCracken, M.D. (Doc. 222). Abbott has determined that the file electronically uploaded was incorrectly captioned "Defendant Abbott Laboratories' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment," and, accordingly, requests that Exhibit A hereto be substituted for the first page of Doc. 222.

1

DATED:  May 28, 2013                              Respectfully submitted,


                                                  /s/  *Emily Turner Landry*
                                                  Michael P. Foradas
                                                  Renee D. Smith
                                                  Andrew P. Bautista
                                                  Kirkland & Ellis, LLP
                                                  300 North LaSalle
                                                  Chicago, IL 60654
                                                  Telephone: 312.862.2000
                                                  *Admitted pro hac vice*

                                                  Jill M. Steinberg (#11603)
                                                  Emily Turner Landry (#22157)
                                                  Robert F. Tom (#26636)
                                                  Baker, Donelson, Bearman,
                                                    Caldwell & Berkowitz, PC
                                                  165 Madison Avenue, Suite 2000
                                                  Memphis, Tennessee 38103
                                                  Telephone: 901.526.2000
                                                  jsteinberg@bakerdonelson.com
                                                  elandry@bakerdonelson.com
                                                  rtom@bakerdonelson.com

                                                  *Attorneys for Defendant Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 28th day of May, 2013, a copy of the foregoing was served on the parties listed below via operation of the electronic filing system of the United States District Court for the Western District of Tennessee:

Arnold Anderson Vickery
Fred H. Shepherd
510 Bering, Suite 550
Houston, TX 77057-1469

Edmund J. Schmidt III
Law Office of Eddie Schmidt
1720 West End Ave., Suite 300
Nashville, TN 37203

*/s/  Emily Turner Landry*