IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES, and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased,<br><br>Petitioner,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Respondent. | No. 2:07-cv-02120-WGY-tmp<br>Hon. William G. Young |

## [PROPOSED] AMENDED ORDER

This cause came before the Court upon Defendant Abbott Laboratories' ("Abbott") Unopposed Motion to Amend Scheduling Order, and for good cause shown, the motion is granted.

IT IS THEREFORE ORDERED that the dispositive motion deadlines are modified as follows:

| Deadline to file dispositive motions | 30 days after the Tennessee Supreme Court has answered the questions or declined certification. |
|---|---|
| Deadline to file responses to dispositive motions | 21 days after the deadline to file dispositive motions |

| Deadline to file replies to dispositive motions | 10 days after the deadline to file responses to dispositive motions |
|---|---|

*/s/ William G. Young*
William G. Young
UNITED STATES DISTRICT JUDGE