IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
(WESTERN DIVISION)

| | | |
|---|---|---|
| FREDDIE JONES, LUKE JONES, TRENNA JONES, RALPH JONES, LAVON JONES and JIMMY FREEMAN, as Surviving Children of ELNORA JONES, Deceased, Plaintiffs, | § § § § § § § § | |
| v. | § § | CASE # 2:07-cv-02120-WGY-tmp |
| ABBOTT LABORATORIES, Defendant. | § § § | |

## ORDER GRANTING EXTENSION OF TIME

Plaintiffs' Unopposed Motion for Extension of Time to File Responses is hereby GRANTED. Plaintiffs' responses to Abbott's Motion for Summary Judgment [Doc. 233], Motion to Exclude the Testimony of Michael Hamrell, Ph.D. [Doc. 236], and. Motion to Exclude Causation Testimony Under Federal Rule of Evidence 702 [Doc. 238] are now due by Friday, October 11, 2013. Likewise, Abbott's replies are now due by Monday, October 21, 2013.

SIGNED this 2 day of October, 2013.

*William G. Young*
United States District Judge